Order issued November 29, 2012



005110

In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00255-CR
No. 05-12-00256-CR

**JOSUE SUAREZ PABLO, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-25375-I**

## ORDER
Before Justices O'Neill, FitzGerald, and Lang-Miers

Based on the Court's opinion of this date, we **GRANT** the July 23, 2012 motion of Robert T. Baskett for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Robert T. Baskett as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Josue Suarez Pablo, No. 1770616, San Saba Unit, 206 South Wallace Creek Road, San Saba, Texas, 76877.

KERRY P. FITZGERALD
JUSTICE